[No. 13834. *En Banc.* February 26, 1917.]

HILMA KOUKOLA *et al., Respondents,* v. PACIFIC COAST CASUALTY COMPANY, *Appellant.*[1]

Appeal from a judgment of the superior court for King county, Gilliam, J., entered June 29, 1916, upon the verdict of a jury rendered in favor of the plaintiff, in an action for personal injuries sustained by a passenger in a jitney bus. Affirmed.

*Geo. McKay* and *Henry S. Noon,* for appellant.
*Crowder & Crowder,* for respondent.

PER CURIAM.—This is one of the cases referred to in the recent case of *Salo v. Pacific Coast Casualty Co., ante* p. 109, 163 Pac. 384, and upon the authority of that case, the judgment will be affirmed.

---

[No. 12186. *En Banc.* March 24, 1917.]

E. M. GORDON *et al., Respondents,* v. C. D. HILLMAN *et al., Appellants.*[2]

Appeal from a judgment of the superior court for King county, Smith, J., entered February 28, 1914, in favor of the plaintiffs, in an action for rescission, tried to the court. Affirmed.

*Gay & Kelleran,* for appellants.
*Byers & Byers,* for respondents.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc,* a majority of the court still adhere to the majority opinion heretofore filed herein as reported in 91 Wash. 490, 158 Pac. 96, and for the reasons there stated, the judgment is affirmed.

[1]Reported in 163 Pac. 388.
[2]Reported in 163 Pac. 924.